# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO.: 3:14-mj249-DCK |
| | ) | |
| v. | ) | |
| | ) | ORDER TO UNSEAL CASE |
| RE: SEARCH WARRANT | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Unseal Case" (Document No. 8) filed May 28, 2015, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an Order directing that the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that Plaintiff's "Motion To Unseal Case" (Document No. 9) is **GRANTED**, and that the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, defense counsel, and the United States Attorney's Office.

Signed: June 4, 2015

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.